UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 05 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ASSOCIATION DES ELEVEURS DE CANARDS ET D OIES DU QUEBEC, a Canadian nonprofit corporation; et al., <br><br> Plaintiffs - Appellants, <br><br> and <br><br> GAUGE OUTFITTERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> KAMALA D. HARRIS, Attorney General; et al., <br><br> Defendants - Appellees. | No. 12-56822 <br><br> D.C. No. 2:12-cv-05735-SVW-RZ <br> U.S. District Court for Central California, Los Angeles <br><br> **MANDATE** |

The judgment of this Court, entered August 30, 2013, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Jessica F. Flores
Deputy Clerk